IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EXODUS COMMUNICATIONS, INC. SECURITIES LITIGATION | Master File No. C 01-2661 MMC<br><br>**ORDER CLOSING CONSOLIDATED CASES FOR STATISTICAL PURPOSES ONLY** |
| This Document Relates To: Cases Nos. 01-2697, 01-2701, 01-2727, 01-2771. 01-2848, 01-2874, 01-2903, 01-2982, 01-3066, 01-3265, 01-3280, 01-3316, 01-3336, 01-3441 / | |

The following cases have been consolidated for all further proceedings with In re Exodus Communications, Inc Securities Litigation, C-01-2661 MMC:

Frisher v. Exodus Communications, Inc., C-01-2697 MMC
Ostereicher v. Exodus Communications, Inc., C-01-2701 MMC
Kucera v. Exodus Communications, Inc., C-01-2727 MMC
Newman v. Exodus Communications, Inc., C-01-2771 MMC
Ettedgui v. Exodus Communications, Inc., C-01-2848 MMC
Haas v. Exodus Communications, Inc., C-01-2874 MMC
Harman v. Exodus Communications, Inc., C-01-2903 MMC
Satloff v. Exodus Communications, Inc., C-01-2982 MMC
Noble v. Exodus Communications, Inc., C-01-3066 MMC
Katz v. Exodus Communications, Inc., C-01-3265 MMC
Hsu v. Exodus Communications, Inc., C-01-3280 MMC
Evans v. Exodus Communications, Inc., C-01-3316 MMC
Nguyen v. Exodus Communications, Inc., C-01-3336 MMC
Abbruzzino v. Exodus Communications, Inc., C-01-3341 MMC

As all ongoing matters are being filed in case no. C-01-2661 MMC, there appears to be no reason at this time to maintain the remainder of the cases as open files for statistical purposes. Accordingly, said cases are hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of

1  these actions, and, should further proceedings become necessary or desirable, any party
2  may initiate them in the same manner as if this order has not been entered.
3  **IT IS SO ORDERED.**
4  Dated: August 5, 2005

                                                Maxine M. Chesney
                                                United States District Judge